# EXHIBIT B

# Application of U.S. Patent No. 9,696,847 to Samsung's mobile devices

**\* This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as binding or limiting**

| **Claim 13** | **Evidence of Infringement** |
|---|---|
| 13. A user interface method, comprising: | Samsung makes, uses, imports, sells and/or offers for sale Android smartphones that perform the methods claimed by U.S. Patent No. 9,696,847. For example, Samsung Android smartphones implement the method of claim 13 when configuring or implementing Pattern Lock.<br><br>### Set Up a Basic Screen Lock<br><br>To ensure your phone's security, you can set up a password, PIN, or Pattern. That way, even if someone gets their hands on your phone, they won't be able to access it.<br><br>From **Settings**, swipe to and touch **Lock screen**. Then, touch **Screen lock type** and select your desired type of lock. Follow the on-screen instructions to set it up.<br><br>Here are the basic Screen lock types:<br><br>- **Swipe**: Swipe the screen to unlock it.<br>- **Pattern**: Create a pattern that you draw on the screen to unlock.<br>- **PIN**: Select a PIN to unlock the screen.<br>- **Password**: Create a password for unlocking the screen.<br>- **None**: No screen lock.<br><br><br><br>https://www.samsung.com/us/support/answer/ANS00078955/ |

| **Claim 13** | **Evidence of Infringement** |
|---|---|
| defining an enablement protocol for a function of an electronic device, said enablement protocol comprising a user-defined gesture for touch input on a touch-sensitive area of a display screen operatively associated with said electronic device by displaying at least two visual indicators on the touch-sensitive area of the display screen indicative of a plurality of different possible gestures and inputting the user-defined gesture which includes a continuous touch which terminates at one of the at least two visual indicators on the touch-sensitive area of the display screen for the enablement protocol; | Samsung smartphones define an enablement protocol for a function of an electronic device when a user sets a pattern for pattern lock.<br><br><br><br>https://www.samsung.com/au/support/mobile-devices/how-to-set-a-pattern-pin-or-password-on-your-lock-screen/ |

| **Claim 13** | **Evidence of Infringement** |
|---|---|
| defining an enablement protocol for a function of an electronic device, said enablement protocol comprising a user-defined gesture for touch input on a touch-sensitive area of a display screen operatively associated with said electronic device by displaying at least two visual indicators on the touch-sensitive area of the display screen indicative of a plurality of different possible gestures and inputting the user-defined gesture which includes a continuous touch which terminates at one of the at least two visual indicators on the touch-sensitive area of the display screen for the enablement protocol; | The pattern is a user-defined gesture for touch input on the touch screen of an LG smartphone.<br><br> As an example, Pattern lock type was created. Tap Continue repeat the step and then tap Confirm.<br><br><br><br>https://www.samsung.com/au/support/mobile-devices/how-to-set-a-pattern-pin-or-password-on-your-lock-screen/ |

4

| **Claim 13** | **Evidence of Infringement** |
|---|---|
| defining an enablement protocol for a function of an electronic device, said enablement protocol comprising a user-defined gesture for touch input on a touch-sensitive area of a display screen operatively associated with said electronic device <span style="color:green">by displaying at least two visual indicators on the touch-sensitive area of the display screen indicative of a plurality of different possible gestures and inputting the user-defined gesture which includes a continuous touch which terminates at one of the at least two visual indicators on the touch-sensitive area of the display screen for the enablement protocol</span>; | Samsung smartphones define an enablement protocol by displaying a grid on which a user can draw a pattern (i.e., displaying at least two visual indicators on the touch-sensitive area of the display screen indicative of a plurality of different possible gestures) and interpreting a pattern drawn by the user (i.e., inputting the user-defined gesture which includes a continuous touch which terminates at one of the at least two visual indicators on the touch-sensitive area of the display screen for the enablement protocol).<br><br> As an example, Pattern lock type was created. Tap Continue repeat the step and then tap Confirm.<br><br><br><br>https://www.samsung.com/au/support/mobile-devices/how-to-set-a-pattern-pin-or-password-on-your-lock-screen/ |

5

| **Claim 13** | **Evidence of Infringement** |
|---|---|
| retaining said enablement protocol of said function; and | Samsung smartphones store the pattern (i.e., said enablement protocol of said function) for future use after a user draws the pattern (e.g., by selecting "CONTINUE").  As an example, Pattern lock type was created. Tap Continue repeat the step and then tap Confirm.  https://www.samsung.com/au/support/mobile-devices/how-to-set-a-pattern-pin-or-password-on-your-lock-screen/ |

| Claim 13 | Evidence of Infringement |
|---|---|
| displaying the at least two visual indicators on the touch-sensitive area of the display screen and receiving a gesture for touch input on the touch sensitive area of the display screen that substantially reproduces the user-defined gesture that includes the continuous touch which terminates at the one of the at least two visual indicators corresponding to said retained enablement protocol to enable said function. | Samsung smartphones confirm a pattern by displaying a grid on which a user can draw a pattern (i.e., displaying the at least two visual indicators on the touch-sensitive area of the display screen ) and receiving from the touch screen display a pattern drawn by a user (i.e., receiving a gesture for touch input on the touch sensitive area of the display screen that substantially reproduces the user-defined gesture that includes the continuous touch which terminates at one of the at least two visual indicators corresponding to said retained enablement protocol to enable said function).<br><br> As an example, Pattern lock type was created. Tap Continue repeat the step and then tap Confirm.<br><br><br><br>https://www.samsung.com/au/support/mobile-devices/how-to-set-a-pattern-pin-or-password-on-your-lock-screen/ |

7