UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| TAACTUS TECHNOLOGIES, LLC § § § § Plaintiff(s), § v. § Civil Action No. 2:20-CV-00035-JRG § SAMSUNG ELECTRONICS CO., LTD.; § AND SAMSUNG ELECTRONICS § AMERICA, INC § Defendant(s). § | |

## RETURN OF SERVICE

Came to my hand on **Thursday, February 13, 2020 at 2:10 PM**,
Executed at: **1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201**
within the county of **DALLAS** at **11:55 AM**, on **Friday, February 14, 2020**,
by delivering to the within named:

**SAMSUNG ELECTRONICS AMERICA, INC**

By delivering to its **Registered Agent, CT CORPORATION SYSTEM**
By personally delivering to its **Authorized Agent, KIMBERLEY HIGHTOWER**
a true copy of this

**SUMMONS IN A CIVIL ACTION and PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT WITH EXHIBITS A, B, CIVIL COVER SHEET, and REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Adam Bridgewater** who after being duly sworn on oath states: "My name is **Adam Bridgewater**. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP.

By: _[signature]_
**Adam Bridgewater - PSC 237 - Exp 07/31/20**
served@specialdelivery.com

Subscribed and Sworn to by Adam Bridgewater, Before Me, the undersigned authority, on this 17th day of February, 2020.

_[Notary seal: CHARITY N COLEMAN, Notary Public, STATE OF TEXAS, ID#12523831-2, My Comm. Exp. Mar. 21, 2021]_

_[signature: Charity N. Coleman]_
**Notary Public in and for the State of Texas**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| TACTUS TECHNOLOGIES, LLC <br><br> *Plaintiff* <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD.; and <br> SAMSUNG ELECTRONICS AMERICA, INC. <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 2:20-cv-00035-JRG <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SAMSUNG ELECTRONICS AMERICA, INC.
c/o CT Corporation System
1999 Bryan Street
Suite 900
Dallas, Texas 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jonathan H. Rastegar
BRAGALONE CONROY PC
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/13/20

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-00035-JRG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                *Server's signature*

                             _____
                                *Printed name and title*


                             _____
                                *Server's address*

Additional information regarding attempted service, etc:

\*\* SEE ATTACHED \*\*
\*\*\*AFFIDAVIT\*\*\*

\*\* SEE ATTACHED \*\*
\*\*\*AFFIDAVIT\*\*\*