**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
(MARSHALL DIVISION)**

| | |
|---|---|
| **TACTUS TECHNOLOGIES, LLC,** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **SAMSUNG ELECTRONICS CO., LTD.;** § <br> **and SAMSUNG ELECTRONICS** § <br> **AMERICA, INC.,** § <br> § <br> Defendants. § | **C.A. No. 2:20-CV-00035** <br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING THE PARTIES' JOINT MOTION TO EXTEND TIME TO
ANSWER OR OTHERWISE PLEAD IN RESPONSE TO
PLAINTIFF'S <u>COMPLAINT AND WAIVER OF FOREIGN SERVICE
REQUIREMENT</u>**

Before the Court is the parties' Joint Motion to Extend Time to Answer or Otherwise Plead in Response to Plaintiff's Complaint and Waiver of Foreign Service Requirement in the above-referenced action.

Having considered the request and waiver, the Court GRANTS the Motion. IT IS HEREBY ORDERED that the deadline for the Defendants to move, answer, or otherwise respond to the Plaintiff's Complaint in the above-referenced actions is extended to and includes June 4, 2020.