**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TACTUS TECHNOLOGIES, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO.  2:20-CV-00035-JRG |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |
| Defendants. | § § | |

## ORDER

Before the court is the parties Joint Motion to Extend Time to Answer or Otherwise Plead in Response to Plaintiff's complaint and Waiver of Foreign Service Requirement (the "Motion"). (Dkt. No. 6.) Having considered the Motion and noting the parties' agreement, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint (Dkt. No. 1) is extended up to and including **June 4, 2020**.

**So ORDERED and SIGNED this 28th day of February, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE