**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
(MARSHALL DIVISION)**

| | |
|---|---|
| **TACTUS TECHNOLOGIES, LLC,**<br><br>       Plaintiff,<br><br>v.<br><br>**SAMSUNG ELECTRONICS CO., LTD.;<br>and SAMSUNG ELECTRONICS<br>AMERICA, INC.,**<br><br>       Defendants. | §<br>§<br>§<br>§  **C.A. No. 2:20-CV-00035**<br>§<br>§  **JURY TRIAL DEMANDED**<br>§<br>§<br>§<br>§<br>§ |

**JOINT MOTION TO EXTEND TIME TO
<u>ANSWER OR OTHERWISE RESPOND</u>**

Plaintiff Tactus Technologies, LLC ("Tactus") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") (collectively, the "Parties") jointly move the Court to extend the time within which Defendants are required to answer or otherwise respond to Tactus's Complaint in this action by 30 days, which would make the deadline July 7, 2020. In support of their motion, the Parties respectfully submit as follows:

Samsung's current response deadline is June 4, 2020. However, the Parties are actively discussing settlement in this matter and respectfully request the Court extend Defendants' response deadline 30 days to avoid unnecessary expense and reduce the burden on the Court.

Accordingly, the Parties request that the Court grant the request for a 30-day extension for the Samsung to answer. The parties do not make this motion for purposes of delay, but for the good cause shown.

| | |
|---|---|
| Dated: May 12, 2020 | Respectfully submitted,<br><br>/s/ *Jonathan H. Rastegar*<br>Jonathan H. Rastegar<br>Texas Bar No. 24064043<br>T. William Kennedy Jr.<br>Texas Bar No. 24055771<br><br>**BRAGALONE CONROY PC**<br>2200 Ross Avenue<br>Suite 4500W<br>Dallas, TX 75201<br>Tel: (214) 785-6670<br>Fax: (214) 785-6680<br>jrastegar@bcpc-law.com<br>bkennedy@bcpc-law.com<br><br>Attorneys for Plaintiff<br>**TACTUS TECHNOLOGIES, LLC** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 12th day of May, 2020.

/s/ *Jonathan H. Rastegar*