**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**(MARSHALL DIVISION)**

| | | |
|---|---|---|
| **TACTUS TECHNOLOGIES, LLC,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**SAMSUNG ELECTRONICS CO., LTD.;**<br>**and SAMSUNG ELECTRONICS**<br>**AMERICA, INC.,**<br><br>    **Defendants.** | § § § § § § § § § § § | **C.A. No. 2:20-CV-00035**<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING THE PARTIES' JOINT MOTION TO EXTEND TIME TO**
**ANSWER OR OTHERWISE RESPOND**

Before the Court is the parties' Joint Motion to Extend Time to Answer or Otherwise Respond in the above-referenced action.

Having considered the request, the Court GRANTS the Motion. IT IS HEREBY ORDERED that the deadline for the Defendants to move, answer, or otherwise respond to the Plaintiff's Complaint in the above-referenced actions is extended to and includes July 7, 2020.