# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TACTUS TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO.  2:20-CV-00035-JRG |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the parties' Joint Motion to Extend Time to Answer or Otherwise Respond (the "Motion").  (Dkt. No. 9.)  In the Motion, the parties request a thirty (30) day extension for Defendants to answer or otherwise respond to Plaintiff Tactus Technologies, LLC's Complaint (the "Complaint").  Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**.  It is therefore **ORDERED** that Defendants answer or otherwise respond to the Complaint no later than July 7, 2020.

**So ORDERED and SIGNED this 13th day of May, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE