**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
(MARSHALL DIVISION)**

| | |
|---|---|
| **TACTUS TECHNOLOGIES, LLC,** §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>**SAMSUNG ELECTRONICS CO., LTD.;** §<br>**and SAMSUNG ELECTRONICS** §<br>**AMERICA, INC.,** §<br>§<br>Defendants. § | **C.A. No. 2:20-CV-00035**<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Tactus Technologies LLC ("Tactus") and Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") ( collectively with SEC "Samsung" or "Defendants") hereby stipulate and agree subject to and upon the Court's approval that: (i) all of Tactus's claims in this action against Samsung shall be dismissed with prejudice and (ii) each Party shall bear its own costs, expenses, and attorneys' fees.

Dated: June 2, 2020                                                  Respectfully submitted,

/s/ *Jonathan H. Rastegar*
Jonathan H. Rastegar
Texas Bar No. 24064043
T. William Kennedy Jr.
Texas Bar No. 24055771

**BRAGALONE CONROY PC**
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670

Fax: (214) 785-6680
jrastegar@bcpc-law.com
bkennedy@bcpc-law.com

Attorneys for Plaintiff
**TACTUS TECHNOLOGIES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 2nd day of June, 2020.

/s/ *Jonathan H. Rastegar*