**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
(MARSHALL DIVISION)**

| | |
|---|---|
| **TACTUS TECHNOLOGIES, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**SAMSUNG ELECTRONICS CO., LTD.;<br>and SAMSUNG ELECTRONICS<br>AMERICA, INC.,**<br><br>    Defendants. | §<br>§<br>§<br>§  **C.A. No. 2:20-CV-00035**<br>§<br>§  **JURY TRIAL DEMANDED**<br>§<br>§<br>§<br>§<br>§ |

## **ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows: (i) all of Tactus Technologies LLC's claims in this action against Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. shall be dismissed with prejudice and (ii) each Party shall bear its own costs, expenses, and attorneys' fees.