# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TACTUS TECHNOLOGIES, LLC, | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO. 2:20-CV-00035-JRG |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., | | |
| Defendants. | | |

## ORDER

    Before the Court is the Stipulation of Dismissal with Prejudice (the "Stipulation") filed by Plaintiff Tactus Technologies LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively "Defendants") (Plaintiff and Defendants collectively, the "Parties"). (Dkt. No. 11.) In view of this Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, all claims and causes of action asserted by Plaintiff against Defendants in this action are **DISMISSED WITH PREJUDICE**. Any pending requests for relief between the Parties which is not granted herein are **DENIED AS MOOT**. It is **ORDERED** that each party bear its own costs, attorneys' fees, and expenses. The Clerk of the Court is directed to **CLOSE** the above-captioned case.

    **So ORDERED and SIGNED this 3rd day of June, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE